Jessica Lewis (SBN: 302467)
Jessica.Lewis@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5786

*Attorney for Defendant The Penn Mutual Life Insurance Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNE ASHLEY FREEMAN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PENN MUTUAL LIFE INSURANCE COMPANY, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-10840-SPG-MAA<br><br>**DEFENDANT THE PENN MUTUAL LIFE INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to L.R. 7.1-1, the undersigned counsel of record for Defendant The Penn Mutual Life Insurance Company, certifies that the following listed party may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION/INTEREST |
|---|---|
| The Penn Mutual Life Insurance Company | Defendant |
| Wintrust Life Finance | Defendant |
| Randall Scott Boll | Defendant |
| Dewane Lewis, Jr. | Defendant |
| Crosslin PLLC | Defendant |
| Pluris Valuation Advisors LLC | Defendant |
| Espen Roback | Defendant |
| Kalicki Collier LLP | Defendant |
| Law Offices of Oshins & Associates, LLC | Defendant |
| Oxford Risk Management Group | Defendant |
| Strategic Risk Alternatives, LLC | Defendant |
| Concierge Legacy Advisors, Inc. | Corporate Parent of Strategic Risk Alternatives, LLC |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Penn Mutual Life Insurance Company discloses that it has no parent, shareholder, member, or partner to identify as required by Rule 7.1.

Dated: April 2, 2025    By: */s/ Jessica Lewis*

DEFENDANT THE PENN MUTUAL LIFE INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT
Case No. 2:24-cv-10840-SPG-MAA

1  Jessica Lewis (SBN: 302467)
2  Jessica.Lewis@wilmerhale.com
   Wilmer Cutler Pickering Hale and Dorr LLP
3  2600 El Camino Real
   Suite 400
4  Palo Alto, CA 94306
   Telephone: (650) 600-5786

5  *Attorney for The Penn Mutual Life Insurance Company*

DEFENDANT THE PENN MUTUAL LIFE INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT
Case No. 2:24-cv-10840-SPG-MAA