Jessica Lewis (SBN: 302467)
Jessica.Lewis@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5786

*Attorney for Defendant The Penn Mutual Life Insurance Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNE ASHLEY FREEMAN, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>PENN MUTUAL LIFE INSURANCE COMPANY, *et al.*,<br><br>        Defendants. | Case No. 2:24-cv-10840-SPG-MAA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: March 17, 2025<br>Current response date: April 7, 2025<br>New response date: May 7, 2025 |

Plaintiffs Breanne Ashley Freeman, Joel B. Freeman, Kevin M. Christian, Linda D. Christian, Chase A. Gibson, Felicia D. Gibson, Nathan D. DeTracy, Jennifer DeTracy, John Patrick Dwyer, Jr., Christine Dwyer, John David Jeffrey Folsom, Micah Dannan Folsom, Thomas Bradley Foster, Ericka R. Foster, James Hicks, Lara Hicks, Stephen Roger Innis, Jaime Rose Innis, Joshua Nathanael Johnson, Season Marie Johnson, Karl McAllister, Melissa McAllister, Nathan Wesley Moore, Dana Joanne Moore, Eric Pardue, Kristen M. Pardue, Lisa M. Price,

Joshua L. Spencer, Melinda M. Spencer ("Plaintiffs") and defendant The Penn Mutual Life Insurance Company ("Penn Mutual"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed the First Amended Complaint For Damages (the "Complaint"), which was the first and only complaint served upon Penn Mutual in this matter, on March 6, 2025 (Dkt. 10);

WHEREAS, Penn Mutual was served with the Complaint on or about March 17, 2025, such that the initial deadline for Penn Mutual to answer or otherwise respond to the Complaint is April 7, 2025;

WHEREAS, pursuant to Local Rule 8-3, the parties may stipulate to extend the time for any party to respond to an initial complaint for a period up to 30 days without Court order;

WHEREAS, Penn Mutual requested, and Plaintiffs have agreed to, an extension of an additional 30 days to respond to the Complaint;

WHEREAS, no prior extension requests have been made by, or granted to, Penn Mutual;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Penn Mutual, pursuant to Local Rule 8-3, through their counsel of record, as follows:

1. Penn Mutual's deadline to respond to the Complaint is hereby extended to and including May 7, 2025, without prejudice to any party's request for further extensions.

IT IS SO STIPULATED.

Dated: April 2, 2025            By: /s/ *Jessica Lewis*

Jessica Lewis (SBN: 302467)
Jessica.Lewis@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5786

*Attorney for The Penn Mutual Life Insurance Company*

By: /s/ *Andrew B. Holmes*
Andrew B. Holmes (SBN 185401)
abholmes@holmesathey.com
Andrew S. Cowan (SBN 165435)
acowan@holmesathey.com
Holmes, Athey, Cowan & Mermelstein LLP
811 Wilshire Boulevard
Suite 1460
Los Angeles, California 90017
Telephone: (213) 985-2200

*Attorneys for Plaintiffs*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to United States District Court for the Central District of California's Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories to this document have concurred in this filing and have authorized this filing.

Dated: April 2, 2025          /s/ *Jessica Lewis*
                              Jessica Lewis